**Vurn L. GARRETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 69013.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

---

1. Nor did she file a brief in response to Ronnie    Willcockson's appeal.

## ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).